1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   MANSOUREH ARABHA,                )    No. C 08-0300 EMC
12                                  )
                  Plaintiff,        )
13                                  )
          v.                        )
14                                  )
   MICHAEL CHERTOFF, Secretary of the ) CONSENT TO MAGISTRATE JUDGE
15 Department of Homeland Security; EMILIO ) JURISDICTION
   T. GONZALEZ, Director, U.S. Citizenship )
16 and Immigration Services; DAVID STILL, )
   District Director, DHS;          )
17                                  )
                  Defendants.       )
18 _____ )

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

CONSENT
C 08-0300 EMC

1  In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: March 25, 2008          Respectfully submitted,

                               JOSEPH P. RUSSONIELLO
                               United States Attorney


                                      /s/
                               MELANIE L. PROCTOR[1]
                               Assistant United States Attorney
                               Attorneys for Defendants


Dated: March 25, 2008                 /s/
                               SUZANNE SPORRI
                               Attorney for Plaintiff

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.