JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-6730
 FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MANSOUREH ARABHA, | ) | No. C 08-0300 EMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | STIPULATION TO DISMISS; PROPOSED |
| Department of Homeland Security; EMILIO | ) | ORDER |
| T. GONZALEZ, Director, U.S. Citizenship | ) | |
| and Immigration Services; DAVID STILL, | ) | |
| District Director, DHS; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

///

///

///

///

///

///

///

///

///

///

STIPULATION
C 08-0300 EMC

1      The parties hereby stipulate, subject to approval of the Court, to dismissal of the above

2   captioned action in light of the fact the U.S. Citizenship and Immigration Services is now prepared

3   to adjudicate Plaintiff's application for naturalization, and will do so within 30 days of dismissal of

4   this action.

5      The parties shall bear their own costs and fees.

6   Dated: March 25, 2008                          Respectfully submitted,

7                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
8

9                                                          /s/
                                                   _____
10                                                 MELANIE L. PROCTOR[1]
                                                   Assistant United States Attorney
                                                   Attorneys for Defendants
11

12

13  Dated: March 25, 2008                                  /s/
                                                   _____
                                                   SUZANNE SPORRI
14                                                 Attorney for Plaintiff

15                          **PROPOSED ORDER**

16      Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby

17  TERMINATED, and the Case Management Conference scheduled for April 23, 2008 is hereby

18  VACATED.  The Clerk shall close the file.

19
    Dated:
20                                                 _____
                                                   EDWARD M. CHEN
21                                                 United States Magistrate Judge

22

23

24

25

26
    _____
27      [1]  I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
28  signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION
C 08-0300 EMC                    2