1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11
   MANSOUREH ARABHA,                    )    No. C 08-0300 EMC
12                                       )
                     Plaintiff,          )
13                                       )
              v.                         )
14                                       )
   MICHAEL CHERTOFF, Secretary of the   )    STIPULATION TO DISMISS; ~~PROPOS~~ED
15 Department of Homeland Security; EMILIO )  ORDER
   T. GONZALEZ, Director, U.S. Citizenship )
16 and Immigration Services; DAVID STILL, )
   District Director, DHS;               )
17                                       )
                     Defendants.         )
18 _____ )

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
C 08-0300 EMC

1  The parties hereby stipulate, subject to approval of the Court, to dismissal of the above

2  captioned action in light of the fact the U.S. Citizenship and Immigration Services is now prepared

3  to adjudicate Plaintiff's application for naturalization, and will do so within 30 days of dismissal of

4  this action.

5  The parties shall bear their own costs and fees.

6  Dated: March 25, 2008                             Respectfully submitted,

7                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
8

9                                                            /s/
                                                     MELANIE L. PROCTOR[1]
10                                                   Assistant United States Attorney
                                                     Attorneys for Defendants
11

12

13  Dated: March 25, 2008                                    /s/
                                                     SUZANNE SPORRI
14                                                   Attorney for Plaintiff

15                            PROPOSED ORDER

16  Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby

17  TERMINATED, and the Case Management Conference scheduled for April 23, 2008 is hereby

18  VACATED.  The Clerk shall close the file.

19
    Dated:      April 2, 2008                      _____
20                                                 EDWARD M. CHEN
                                                   United States Magistrate Judge
21



22

23

24

25

26  _____

27  [1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any

28  signatures indicated by a "conformed" signature (/s/) within this efiled document.